IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED SEP 24 2020 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | Case No. 1:19-cr-334 |
| XIZHI LI, <br> a/k/a "Juan Lee," <br> a/k/a "John Lee," <br> a/k/a "Francisco Ley Tan," <br> a/k/a "Francisco Ley," <br> a/k/a "Z," <br> a/k/a "Juan Lee Gonzalez," <br> a/k/a "Juan Francisco Lee Gonzalez," <br> a/k/a "Juan Francisco Lee," <br> a/k/a "John Vallejo Lee," <br> a/k/a "Juan Li," <br> a/k/a "Xi Zhi Li," <br> a/k/a "Hsi Chih Li," <br> a/k/a "Ah Chih," <br> a/k/a "A Zhi," <br> a/k/a "Ju Chai," <br> a/k/a "Piglet," <br> a/k/a "Juanito," <br><br> JIANXING CHEN, <br> a/k/a "John Chen," <br> a/k/a "John," <br> a/k/a "Big Brother Heng," <br> a/k/a "Hanguo," <br> a/k/a "Jian Xing Chen," <br><br> JINGYUAN LI, <br> a/k/a "Le Yoon," <br> a/k/a "Yuan," <br> a/k/a "Yin," <br> a/k/a "Ah Yuen," <br> a/k/a "Shui Goo Yuen," <br> a/k/a "Ching Lung," <br> a/k/a "Hui Long," <br><br> ERIC YONG WOO, <br> a/k/a "Nan Li," <br> a/k/a "Yong Zhao Hu," | |

JIAYU CHEN,
a/k/a "John's Brother in-law,"
a/k/a "Jaiyu Chen,"

TAO LIU,
a/k/a "Xiong Liu,"
a/k/a "Ming Lu,"
a/k/a "Antony Liu,"
a/k/a "Jason Liu Tao,"
a/k/a "Lucas Liu,"
a/k/a "Tao Jason Liu,"
a/k/a "Antony Lee,"
a/k/a "Zhong Liu,"

Defendants.

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the superseding indictment, the Motion to Seal, and proposed Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the superseding indictment, Motion to Seal, and this Order be Sealed all defendants are arrested.

/s/
Michael S. Nachmanoff
United States Magistrate Judge
The Honorable Michael S. Nachmanoff
United States Magistrate Judge

Date: 9/24/20
Alexandria, Virginia