IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:19-CR-334 (LMB) |
| XIZHI LI, | |
| JIANXING CHEN, | |
| JINGYUAN LI, | |
| ERIC YONG WOO, | |
| JIAYU CHEN, | |
| TAO LIU, | |
| Defendants | |

### ORDER

This matter having come before the Court on the United States' motion to unseal the docket, including the superseding indictment, and the Court having concluded that the United States has shown good cause therefor, it is hereby

ORDERED that the docket in *United States v. Li*, 19cr334, including the superseding indictment and arrest warrants, are unsealed.

SO ORDERED:

DATE: 10/13/20

/s/ Leonie M. Brinkema
United States District Judge

3