AO 442 (Rev. 11/11) Arrest Warrant

1114458?

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
9
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TAO LIU, | ) | Case No. 1:19-CR-334 |
| a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a "Antony Liu," | ) | |
| a/k/a "Jason Liu Tao," a/k/a "Lucas Liu," | ) | UNDER SEAL |
| a/k/a "Tao Jason Liu," a/k/a "Antony Lee," | ) | |
| a/k/a "Zhong Liu," | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TAO LIU (see a/k/a's above)                                                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Five Kilograms or more of Cocaine (21 U.S.C. §§ 841 & 846); Conspiracy to Distribute Five Kilograms or more of Cocaine, Knowing and Intending it will be Unlawfully Imported into the United States (21 U.S.C. §§ 959, 960, 963); Conspiracy to Commit Money Laundering (18 U.S.C. §1956(h)); Attempted Identity Fraud (18 U.S.C. §§ 1028(a)(1) & (f)); Bribery (18 U.S.C. § 201(b)(1)); Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h)); and Money Laundering (18 U.S.C. § 1956(a)(2)(A))

Date: 9/24/2020

_____
*Issuing officer's signature*

City and state:   Alexandria, Virginia                         L. Crask — Deputy Clerk
_____
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/15/2020 , and the person was arrested on *(date)* 10/14/2020
at *(city and state)*   Guam

Date: 10/19/2020

_____
*Arresting officer's signature*

Sam Venti DUSM
_____
*Printed name and title*