# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　Case Number 1:19cr00334-006

TAO LIU,
a.k.a. "Xiong Liu,"
a.k.a. "Ming Lu,"
a.k.a. "Antony Liu,"
a.k.a. "Jason Liu Tao,"
a.k.a. "Lucas Liu,"
a.k.a. "Tao Jason Liu,"
a.k.a. "Antony Lee,"
a.k.a. "Zhong Liu,"
Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant, TAO LIU, was represented by Jonathan Simms, Esquire.

The defendant pleaded guilty to Counts 3 and 8 of the Superseding Indictment. Accordingly, the defendant is adjudged guilty of the following counts, involving the indicated offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering (Felony) | 09/24/2020 | 3 |
| 18 U.S.C. § 201(b)(1) | Bribery of a Public Official (Felony) | 06/07/2020 | 8 |

On motion of the United States, the Court has dismissed Counts 1, 2, 4-7, and 9-14 of the Superseding Indictment.

As pronounced on August 3, 2021, the defendant is sentenced as provided in pages 2 through 7* of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this __3rd__ day of __August__, 2021.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Leonie M. Brinkema
　　　　　　　　　　　　　　　　　　　United States District Judge

* Page 7 of this document contains sealed information

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 2 - Imprisonment

Judgment--Page 2 of 7

Defendant: TAO LIU
Case Number: 1:19cr00334-006

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of EIGHTY-FOUR (84) MONTHS, with credit for time served. Sentence consists of: SIXTY (60) MONTHS as to Count 3 and TWENTY-FOUR (24) MONTHS as to Count 8, Count 8 to run consecutive to Count 3.

The Court makes the following recommendations to the Bureau of Prisons:

The defendant to be designated to a facility as close to Philadelphia, PA as possible.

The defendant is remanded into the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

    Defendant delivered on _____ to _____ at
, with a certified copy of this Judgment.

c: P.O. (2) (3)
   Mshl. (4) (2)
   U.S.Atty.
   U.S.Coll.
   Dft. Cnsl.          By
   PTS
   Financial
   Registrar
   ob

                                United States Marshal

                                Deputy Marshal

Defendant: TAO LIU
Case Number: 1:19cr00334-006

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS as to each count, to run concurrently.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

1) The defendant shall not commit another federal, state or local crime.

2) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and periodic drug tests thereafter, as determined by the court.

3) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

4) If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF SUPERVISED RELEASE

**The following Standard Conditions of Supervision have been adopted by this Court (set forth below):**

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 3 (cont'd) - Supervised Release

Judgment--Page 4 of 7
Defendant: TAO LIU
Case Number: 1:19cr00334-006

## SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1. The defendant must fully cooperate with the Department of Homeland Security, Bureau of Immigration and Customs Enforcement with any removal proceedings.

2. If removed, the defendant may not re-enter the United States while on Supervised Release.

3. Although mandatory drug testing is waived pursuant to 18 U.S.C. §3563(a)(4), defendant must remain drug free and his probation officer may require random drug testing at any time.

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 5 - Financial Penalties

Defendant: TAO LIU
Case Number: 1:19cr00334-006

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total monetary penalties in accordance with the schedule of payments set out below.

| Counts | Special Assessment | Fine |
|---|---|---|
| 3 | $100.00 | $0.00 |
| 8 | $100.00 | $0.00 |
| **Total** | **$200.00** | **$0.00** |

## FINE

No fines have been imposed in this case.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The special assessment is due in full immediately. If not paid immediately, the Court authorizes the deduction of appropriate sums from the defendant's account while in confinement in accordance with the applicable rules and regulations of the Bureau of Prisons.

Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

If this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.

All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

## FORFEITURE

Forfeiture is directed in accordance with the Consent Order of Forfeiture entered by this Court on April 14, 2021.